IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLANCA RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-1392 (RDA/WEF) |
| CTF ASSET MANAGEMENT, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant CTF Asset Management, LLC. Dkt. 13. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that Defendant's Motion to Dismiss (Dkt. 8) is DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
February 15, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge